EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| VMW INVESTMENTS, LLC and | § | CASE NO. 19-42644 |
| VMW BEDFORD, LLC,[1] | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

ORDER (I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF LARX ADVISORS, INC. TO PROVIDE A CHIEF RESTRUCTURING OFFICER AND ADDITIONAL PERSONNEL, AND (II) DESIGNATING KARTHIK V. GURUMURTHY AS CHIEF RESTRUCTURING OFFICER *NUNC PRO TUNC* TO JULY 31, 2019

Upon the Application[2] of VMW Investments, LLC and VMW Bedford, LLC, the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors"), for the entry of an order under §§ 105(a) and 363(b) of title 11 of the United States Code (the "Bankruptcy Code") (i) authorizing the employment and retention of Larx Advisors, Inc. ("Larx") to provide a chief restructuring officer ("CRO") and certain additional personnel (the "Additional Personnel") on the terms set forth in the engagement letter (the "Engagement Letter"), and (ii) designating Karthik V. Gurumurthy ("Mr. Gurumurthy") as CRO *nunc pro tunc* to July 31, 2019;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: VMW Investments, LLC (Case No. 19-42644) [7172] and VMW Bedford, LLC (Case No. 19-42646) [0368]. The Debtors' address is 808 W. Indiana Ave., Midland, Texas 79701.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

and the Court having reviewed the Application and the Gurumurthy Declaration in support of the Application; and the Court finding due notice of the Application was provided and that no other or further notice is required; and it appearing that this Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the venue of these cases and this Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, and the employment and retention of Larx is reasonable in the discretion of the Debtors' business judgment; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Application is GRANTED as set forth herein.

2. The Debtors are authorized to retain Larx and designate Mr. Gurumurthy as CRO under the terms of the Engagement Letter *nunc pro tunc* to July 31, 2019, subject to the following terms:

    a. Larx will file with the Court, with copies to counsel for Lakeland West Capital 37, LLC and the U.S. Trustee, an activities report for the previous month (the "Staffing Report"). Such report shall include the activities performed by Mr. Gurumurthy and the Additional Personnel, if applicable, for the prior month.

3. The proposed compensation structure to Larx is hereby APPROVED.

4. Mr. Gurumurthy shall be added as a signatory to all Debtors' bank accounts and has full authority to act for the Debtors. Mr. Gurumurthy shall consult with the principal of the Debtors on all major asset divestiture decisions.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order

# # # END OF ORDER # # #

Respectfully submitted by:

Clay M. Taylor
State Bar I.D. No. 24033261
Joshua N. Eppich
State Bar I.D. No. 24050567
Bryan C. Assink
State Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

*Proposed Attorneys for Debtors*
*and Debtors-in-Possession*