City of Bedford
2000 Forest Ridge Drive
Bedford, Texas 76021

Lighting Supply, Inc.
7196, 2530 Joe Field Rd. #1
Dallas, Texas 75229

AT&T
PO Box 5014
Carol Stream, IL 60197

Javco
13510 FM 2520
Amarillo, Texas 79119

Swingle Collins & Associates
13760 Noel Rd. #600
Dallas, Texas 75240

NTX Facility Works
5930 Lyndon B. Johnson Fwy.
Dallas, Texas 75240

Yellow Rose Landscape
4325 Reeder Dr.
Carrollton, Texas 75010

Republic Services #794
6100 Elliott Reeder Rd.
Fort Worth, Texas 76117

Fujitec America
1707 Briercroft Ct., Ste. 100
Carrollton, Texas 75006

Engie Resources
1990 Post Oak Blvd., Ste. 1900
Houston, Texas 77056

Time Warner Cable
6323 Camp Bowie Blvd., Ste. 163
Fort Worth, Texas 76116

B.R.I.T. Technical Institute
221 Bedford Road; Suite 100
Bedford, Texas 76022

C.T. Chang & Associates
221 Bedford Road; Suite 108
Bedford, Texas 76022

Restorative Care HHS, Inc.
221 Bedford Road; Suite 208
Bedford, Texas 76022

Tre' Buoj/Lane & Associates
221 Bedford Road; Suite 307
Bedford, Texas 76022

Mid Cities Psych Center
221 Bedford Road; Suite 312
Bedford, Texas 76022

With Guided Hands
221 Bedford Road; Suite 313
Bedford, Texas 76022

Cadet Medical Supply, LLC
221 Bedford Road; Suite 315
Bedford, Texas 76022

Online Outlets
221 Bedford Road; Suite 316
Bedford, Texas 76022

First American Real Estate
221 Bedford Road; Suite 320
Bedford, Texas 76022

VMW Investments, LLC
808 W. Indiana Avenue
Midland, Texas 79701

VMW Bedford, LLC
808 W. Indiana Avenue
Midland, Texas 79701

Michael Earl Waters
3910 Fairwood Court
Midland, Texas 79707

InHome Care, Inc.
808 W. Indiana Avenue
Midland, Texas 79701

Lakeland West Capital, LLC
5020 Lakeland Circle, Suite A
Waco, Texas 76710

Richard Dafoe
Vincent Serafino
1601 Elm Street, Ste 4100
Dallas, Texas 75201

Centralized Insolvency Operation
P.O. Box 7317
Philadelphia, PA 19101-7317

Tarrant Appraisal District
2500 Handley-Ederville Road
Fort Worth, Texas 76118-6909

Ty Commercial Group, Inc.
c/o Barbara Ruhl
5930 LBJ Freeway; Suite 400
Dallas, Texas 75240

Office of The United States Trustee
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, Texas 75242

MacArthur Medical Center, LP
2501 N. MacArthur Boulevard; Suite 500
Irving, Texas 75062

Nikki Waters
3907 Fairwood Ct.
Midland, Texas 79709

Mark Threadgill
5100 Andrews Highway
Midland, Texas 79703

MacArthur Medical Center, LP
3600 William D. Tate, Suite 200
Grapevine, Texas 76051

Trintiy REIS, LLC
4200 Airport Freeway, Ste. 150
Fort Worth, Texas 76117

Calloway's Nursery
4200 Airport Freeway; Suite 200
Fort Worth, Texas 76117

Dispute Resolution Services
4304 Airport Freeway; Suite 100
Fort Worth, Texas 76117

FM Lewis & Company, Inc.
4304 Airport Freeway; Suite 104
Fort Worth, Texas 76117

Karten Psychological Services
4304 Airport Freeway; Suite 110
Fort Worth, Texas 76117

Future Com, Ltd.
3600 William D. Tate, Suite 300
Grapevine, Texas 76051

Atmos Energy
PO Box 650205
Dallas, Texas 75265

Aarrow Plumbing & Gas, LLC
PO Box 2904
McKinney, Texas 75070

Natura
10744 N. Stemmons Fwy
Dallas, Texas 75220

Starlight Cleaning Service
2000 Lone Star Dr.
Dallas, Texas 75212

Fort Worth Water Department
920 Fournier St.
Fort Worth, Texas 76102

Environmental Lighting Service
1010 E. Avenue J
Grand Prairie, Texas 75050

S&B Supply/Restrooms Plus LLC
14934 Webb Chapel Rd.
Dallas, Texas 75234

TXU Energy
6555 Sierra Dr.
Irving, Texas 75039

City of Grapevine
200 S. Main Street
Grapevine, Texas 76051