| | | |
|---|---|---|
| City of Bedford<br>2000 Forest Ridge Drive<br>Bedford, Texas 76021 | Lighting Supply, Inc.<br>7196, 2530 Joe Field Rd. #1<br>Dallas, Texas 75229 | AT&T<br>PO Box 5014<br>Carol Stream, IL 60197 |
| Javco<br>13510 FM 2520<br>Amarillo, Texas 79119 | Swingle Collins & Associates<br>13760 Noel Rd. Suite #600<br>Dallas, Texas 75240 | NTX Facility Works<br>5930 Lyndon B. Johnson Fwy.<br>Dallas, Texas 75240 |
| Yellow Rose Landscape<br>4325 Reeder Dr.<br>Carrollton, Texas 75010 | Republic Services<br>6100 Elliott Reeder Rd.<br>Fort Worth, Texas 76117 | Fujitec America<br>1707 Briercroft Ct., Ste. 100<br>Carrollton, Texas 75006 |
| Engie Resources<br>1990 Post Oak Blvd., Ste. 1900<br>Houston, Texas 77056 | Time Warner Cable<br>6323 Camp Bowie Blvd., Ste. 163<br>Fort Worth, Texas 76116 | B.R.I.T. Technical Institute<br>221 Bedford Road, Suite 100<br>Bedford, Texas 76022 |
| C.T. Chang & Associates<br>221 Bedford Road, Suite 108<br>Bedford, Texas 76022 | Restorative Care HHS, Inc.<br>221 Bedford Road, Suite 208<br>Bedford, Texas 76022 | Tre Buoj-Lane & Associates<br>221 Bedford Road, Suite 208<br>Bedford, Texas 76022 |
| Mid Cities Psych Center<br>221 Bedford Road, Suite 312<br>Bedford, Texas 76022 | With Guided Hands<br>221 Bedford Road, Suite 313<br>Bedford, Texas 76022 | Cadet Medical Supply, LLC<br>221 Bedford Road, Suite 315<br>Bedford, Texas 76022 |
| Online Outlets<br>221 Bedford Road, Suite 316<br>Bedford, Texas 76022 | First American Real Estate<br>221 Bedford Road, Suite 320<br>Bedford, Texas 76022 | VMW Investments, LLC<br>808 W. Indiana Avenue<br>Midland, Texas 79701 |
| VMW Bedford, LLC<br>808 W. Indiana Avenue<br>Midland, Texas 79701 | Michael Earl Waters<br>3910 Fairwood Court<br>Midland, Texas 79707 | InHome Care, Inc.<br>808 W. Indiana Avenue<br>Midland, Texas 79701 |
| Lakeland West Capital, LLC<br>5020 Lakeland Circle, Suite A<br>Waco, Texas 76710 | Mark Vincent<br>Vincent Serafino<br>1601 Elm Street, Ste 4100<br>Dallas, Texas 75201 | Internal Revenue Service<br>Special Procedures- Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Tarrant Appraisal District<br>2500 Handley-Ederville Road<br>Fort Worth, Texas 76118-6909 | Ty Commercial Group, Inc.<br>c/o Barbara Ruhl<br>5930 LBJ Freeway; Suite 400<br>Dallas, Texas 75240 | Office of The United States Trustee<br>Earle Cabell Federal Building<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242 |

| | | |
|---|---|---|
| MacArthur Medical Center, LP<br>3600 William D. Tate, Suite 200<br>Grapevine, Texas 76051 | Trinity REIS, LLC<br>4200 Airport Freeway, Ste. 150<br>Fort Worth, Texas 76117 | Calloway's Nursery<br>4200 Airport Freeway, Suite 200<br>Fort Worth, Texas 76117 |
| Dispute Resolution Services<br>4304 Airport Freeway, Suite 100<br>Fort Worth, Texas 76117 | FM Lewis & Company, Inc.<br>4304 Airport Freeway, Suite 104<br>Fort Worth, Texas 76117 | Karten Psychological Services<br>4304 Airport Freeway, Suite 110<br>Fort Worth, Texas 76117 |
| Future Com, Ltd.<br>3600 William D. Tate, Suite 300<br>Grapevine, Texas 76051 | Atmos Energy<br>PO Box 650205<br>Dallas, Texas 75265 | Aarrow Plumbing & Gas, LLC<br>PO Box 2904<br>McKinney, Texas 75070 |
| Natura<br>10744 N. Stemmons Fwy<br>Dallas, Texas 75220 | Starlight Cleaning Service<br>2000 Lone Star Dr.<br>Dallas, Texas 75212 | Fort Worth Water Department<br>920 Fournier St.<br>Fort Worth, Texas 76102 |
| Environmental Lighting Service<br>1010 E. Avenue J<br>Grand Prairie, Texas 75050 | S&B Supply-Restrooms Plus LLC<br>14934 Webb Chapel Rd.<br>Dallas, Texas 75234 | TXU Energy<br>6555 Sierra Dr.<br>Irving, Texas 75039 |
| City of Grapevine<br>200 S. Main Street<br>Grapevine, Texas 76051 | John Bailey<br>Commercial Broker Alliance<br>2611 Internet Blvd. Suite 125<br>Frisco, TX 75034-9093 | Linebarger, Goggan, Blair, & Sampson<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Fwy. Suite 1000<br>Dallas, TX 75207-2328 |
| City of Grapevine<br>c/o Perdue Brandon Fielder et. al<br>500 East Border St. Suite 640<br>Arlington, TX 76010-7475 | Grapevine-Colleyville ISD<br>c/o Perdue Brandon Fielder et. al<br>500 East Border St. Suite 640<br>Arlington, TX 76010-7475 | John Bailey<br>The Allan Bailey Group<br>717 N. Harwood St., Ste. 300<br>Dallas, TX 75201 |
| MacArthur Medical Center, LP<br>2501 N. MacArthur Boulevard, Suite 500<br>Irving, Texas 75062 | Nikki Waters<br>3907 Fairwood Ct.<br>Midland, Texas 79709 | Mark Threadgill<br>5100 Andrews Highway<br>Midland, Texas 79703 |
| Jason Brookner<br>Gray Reed & McGraw LLP<br>1601 Elm Street, Suite 4600<br>Dallas, TX 75201 | | |